1  Jeremy J. Nork (SBN 4017)
   jnork@hollandhart.com
2  Holland & Hart LLP
   5441 Kietzke Lane, Second Floor
3  Reno, Nevada 89511
   Telephone:  (775) 327-3000
4  Facimile;    (775) 786-6179

5  Attorneys for Plaintiff Bank of the West



FILED

SEP -7 2011

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF THE WEST, a California banking corporation, | Case No. 2:09-cv-01596-ECR-LRL |
| Plaintiff, | **DEFAULT JUDGMENT** |
| v. | |
| HARRY H. SHULL, an individual; STEVEN R. ROSENBERG, an individual; CELEBRATE, LLC, a Nevada corporation; BEST COMMUNITIES, INC., a Nevada corporation; RANDALL HOMES, INC., a Nevada corporation; and DOES I–X, inclusive. | |
| Defendants. | |

Upon application by Plaintiff Bank of the West (the "Bank") and for good cause appearing, Judgment by Default is hereby entered in favor of Plaintiff Bank of the West and against Defendants Harry H. Shull, Steven R. Rosenberg, Celebrate, LLC, Best Communities, Inc., and Randall Homes, Inc. as follows:

A.  The principal sum of $8,382,612.64;

B.  Accrued interest in the amount of $1,918,945.12 through August 3, 2010;

C.  Miscellaneous fees, costs and expenses in the amount of $105,972.47 through August 3, 2010;

D.  Accrued prejudgment interest in the amount of $420,294.92 from August 3, 2010 through February 9, 2011;

E.  Attorneys' fees in the amount of $47,314.17 and costs in the amount of $1,307.38;

F.  Interest on the total of foregoing principal, interest, fees, and costs shall accrue at the highest lawful rate from entry of judgment until paid in full.

ENTERED this 7 day of September, 2011.

*Edward C. Reed*

UNITED STATED DISTRICT JUDGE

4822131_1