Jeremy J. Nork (SBN 4017)
jnork@hollandhart.com
Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone:  (775) 327-3000
Facimile;    (775) 786-6179

Attorneys for Plaintiff Bank of the West



**FILED**

SEP -7 2011

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF THE WEST, a California banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>HARRY H. SHULL, an individual; STEVEN R. ROSENBERG, an individual; CELEBRATE, LLC, a Nevada corporation; BEST COMMUNITIES, INC., a Nevada corporation; RANDALL HOMES, INC., a Nevada corporation; and DOES I–X, inclusive.<br><br>Defendants. | Case No. 2:09-cv-01596-ECR-LRL<br><br>**DEFAULT JUDGMENT** |

Upon application by Plaintiff Bank of the West (the "Bank") and for good cause appearing, Judgment by Default is hereby entered in favor of Plaintiff Bank of the West and against Defendants Harry H. Shull, Steven R. Rosenberg, Celebrate, LLC, Best Communities, Inc., and Randall Homes, Inc. as follows:

  A.   The principal sum of $8,382,612.64;

  B.   Accrued interest in the amount of $1,918,945.12 through August 3, 2010;

  C.   Miscellaneous fees, costs and expenses in the amount of $105,972.47 through August 3, 2010;

  D.   Accrued prejudgment interest in the amount of $420,294.92 from August 3, 2010 through February 9, 2011;

  E.   Attorneys' fees in the amount of $47,314.17 and costs in the amount of $1,307.38;

1

F. Interest on the total of foregoing principal, interest, fees, and costs shall accrue at the highest lawful rate from entry of judgment until paid in full.

ENTERED this __7__ day of __September__, 2011.

_Edward C. Reed_
UNITED STATED DISTRICT JUDGE

4822131_1